JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES V. JORDAN,<br><br>  Plaintiff,<br><br>vs.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY a Massachusetts corporation; UNUM GROUP, a Delaware corporation, and DOES 1-10,<br><br>  Defendants. | CASE NO.: CV 12-0667 DMG (RZx)<br><br>**ORDER ON STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE [46]**<br><br>[FRCP 41(a)] |

Pursuant to the stipulation of the parties, and good cause appearing, the above-entitled action is hereby dismissed with prejudice in its entirety. Each party shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 5, 2013

_____
DOLLY M. GEE
United States District Judge